IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSUE SANTIAGO ROSARIO,** : | |
| Petitioner, : | |
| : | |
| v.  : | **CIVIL ACTION NO. 19-CV-6017** |
| : | |
| **PHILADELPHIA COUNTY,** : | |
| Respondent. : | |

# ORDER

**AND NOW**, this 26th day of February, 2021, upon careful and independent consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (ECF No. 1), and after review of the Report and Recommendation ("R & R") of United States Magistrate Judge Lynne A. Sitarski (ECF No. 8), and noting that Petitioner has not filed objections[1], it is hereby **ORDERED** that:

1. The R & R is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is **SUMMARILY DISMISSED** as unexhausted and not cognizable;

3. There is no basis for the issuance of a certificate of appealability; and

4. The Clerk of Court shall mark this action **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

---

[1] On September 28, 2020, Petitioner was mailed a copy of the R & R, which included an invitation to file objections. (ECF No. 8-2.) On December 21, 2020, I issued an Order reminding Petitioner of his ability to file objections and notifying him that failure to do so could result in the R & R being considered as unopposed. (ECF No. 10.)